UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THUONG BAKIM HUYNH (A-025-166-966),

Petitioner,

v.

WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-6418 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request for appointment of counsel and request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions. Petitioner's motion for temporary restraining order was denied by the district court, and this matter was referred to the assigned magistrate judge for further proceedings. (ECF No. 11.)

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. On August 14, 2026, respondents

filed an answer to the habeas petition. (ECF No. 9.) Petitioner may file a traverse or reply to the answer within ten days from the date of this order.

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The request of petitioner Thuong Bakim Huynh (A-025-166-966), to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's reply/traverse to respondents' answer, if any, is due within 10 days of the date of this order.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/huyn6418.100.2241.imm